UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAETITIA ABY,           )
                        )
          Plaintiff,    )
                        )
     v.                 )          Civil Action No. 14-12851-LTS
                        )
BOSTON POLICE DEPARTMENT, et al.,  )
                        )
          Defendants.   )
                        )

<u>ORDER FOR DISMISSAL</u>

April 22, 2015

SOROKIN, D.J.

      In accordance with the Memorandum and Order (Docket No. 5) directing dismissal of this action for the reasons stated herein, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

By the Court,

<u>/s/ Maria Simeone</u>
Deputy Clerk